**EPSTEIN SACKS PLLC**
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020
```

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

December 18, 2020

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Filed by ECF

**Granted. SO ORDERED.**

Date: 12/18/2020
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

*United States v. Jeffrey Molitor*
20 Cr. 429 (MKV)

Dear Judge Vyskocil:

    We represent the defendant Jeffrey Molitor pursuant to the Criminal Justice Act. Your Honor granted our previous request to temporarily modify Mr. Molitor's bail conditions (Dkt No. 26) so that he could have two MRI procedures, both of which were supposed to take place on the same date, Monday December 14, 2020. However, when Mr. Molitor arrived for his appointment, he learned that only one of the MRIs (the one for his brain) had been approved by his insurance company. He had the one MRI that day, but he still needs to have a second MRI on his spine. He has learned that his insurance has now approved the second MRI and that appointment is scheduled for December 22, 2020.

    Mr. Molitor will need to have his ankle bracelet removed again for this appointment. We respectfully request that the Court again so-order our proposal to allow pretrial services to remove the bracelet the morning of Mr. Molitor's appointment and then replace it later that same day after Mr. Molitor has had the MRI. I have conferred with the Government again and they have no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*