| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 1/5/21 |

UNITED STATES OF AMERICA,

                Plaintiff,                1:20-cr-429-MKV

   -against-                              ORDER

JEFFERY MOLITOR

                Defendant.

MARY KAY VYSKOCIL, Unites States District Judge:

The Court will hold a status conference in this case on Monday, January 11, 2021 at 11am. All parties will receive a video link to join the conference by email. The public and interested parties may join by dialing 917 933-2166 using participant code 946604546.

**SO ORDERED.**

**Date: January 5, 2021**
      **New York, NY**

                                          MARY KAY VYSKOCIL
                                          United States District Judge