USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JEFFREY MOLITOR,

                Defendant.

1:20-cr-00429 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Government has requested [ECF No. 30] an adjournment of the status conference scheduled for January 11, 2021. The Government explains that it is still reviewing a mitigation submission presented by Defendant and continues to negotiate a pre-trial resolution of this case. Defendant consents to the adjournment.

The request is GRANTED. The Status Conference is adjourned to February 19, 2021 at 12:00PM. The conference will be held by telephone conference. To join the conference, dial 888-278-0296 and enter access code 5195844.

IT IS FURTHER ORDERED that all time between the date of this Order and February 26, 2021 is excluded for the purposes of the Speedy Trial Act. The Court finds that the ends of justice served by allowing time for the Government and Defendant to discuss resolution of this matter outweigh the interests of the public and Defendant in a speedy trial. The Court further notes that Defendant consents to the exclusion of time.

**SO ORDERED.**

_____
MARY KAY VYSKOCIL
United States District Judge

**Date:  January 6, 2021**
        New York, NY