# EPSTEIN SACKS PLLC
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

January 22, 2021

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Filed by ECF

> The request is GRANTED insofar as Defendant is permitted to leave his home to exercise for a maximum of one hour per day, no more than five days per week, at a time and location to be approved by Pretrial Services.
>
> Date: 1/26/2021
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge

*United States v. Jeffrey Molitor*
20 Cr. 429 (MKV)

Dear Judge Vyskocil:

    We represent the defendant Jeffrey Molitor pursuant to the Criminal Justice Act. We write to seek a modification in Mr. Molitor's bail conditions so that he can walk for exercise outside his home, as has been recommended by his doctor to improve his health. Mr. Molitor was recently diagnosed with diabetes and morbid obesity. We attach to this application a note from his doctor which recommends that "[t]o improve his health risks it would be prudent for him to have daily physical activity of any equivalent between 3-5 miles of walking a day."

    In speaking to Mr. Molitor's pretrial services officer John Moscato, we understand that, as a general matter (not specifically related to this case), pretrial does not approve of such carve outs to home incarceration, but Officer Moscato acknowledges that this sort of request is frequently sought and authorized by the Court. He has also indicated that, should the Court grant this request, pretrial would like flexibility in determining the times and locations of exercise. For these reasons, we respectfully ask the Court to approve the following: that Mr. Molitor be allowed to exercise outside his home for up to one hour up to five days per week at the time and location to be set by pretrial services. We have spoken to the Government and they have no objection this request.

Respectfully submitted,

*Sarah M. Sacks*