# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
## 100 LAFAYETTE STREET
## SUITE 502
## NEW YORK, N.Y. 10013
## (212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2021

June 21, 2021

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Filed by ECF

*United States v. Jeffrey Molitor*
20 Cr. 429 (MKV)

Dear Judge Vyskocil:

    We represent the defendant Jeffrey Molitor pursuant to the Criminal Justice Act. We have a status conference currently scheduled for Friday, June 25, 2021. We write to seek an adjournment of that conference.

    As the Court may recall, Mr. Molitor has been experiencing a number of new and potentially serious health problems, one of which is what appears to be a heart condition. The Government has agreed to consider Mr. Molitor's health issues in our ongoing plea negotiations as a possible basis for "mitigation" in this case, and we have been updating the Government with information on Mr. Molitor's health as he receives it. We had hoped that we would have more information by now about the extent of his heart condition for the Government to consider. However, after undergoing a number of tests over the last few months, his cardiologist has ordered him to undergo additional testing.

    He has an appointment with his cardiologist to go over the results of these tests and to learn more about his condition on July 15th (we understand that this was the earliest he could get an appointment). For these reasons, we respectfully request that the Court adjourn the pretrial conference in this case for at least 45 days from June 25th. The Government consents to this

request. On behalf of Mr. Molitor, we consent to an exclusion of time under the Speedy Trial Act between now and the date the Court sets for the next conference.

Respectfully submitted,

*Sarah M. Sacks*

---

**DENIED. The Parties should appear for the status conference as scheduled. The conference will be held by Microsoft Teams. The parties will be sent a link to join the conference by video. Other interested parties may join by telephone by dialing 917-933-2166 and entering conference ID 607677788#. SO ORDERED.**

Date: 6/24/2021
New York, New York

Mary Kay Vyskocil
United States District Judge