USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEFFREY MOLITOR,

Defendants.

20-cr-429 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a status conference in this case on June 25, 2021. As discussed at the conference, on or before August 1, 2021, the parties must file a joint status letter informing the Court of the status of this case and whether an agreement has been reached with regard to pretrial resolution of the charges against Mr. Molitor. If no agreement has been reached, as discussed at the conference, the Court will request a trial date during the fourth quarter of 2021.

It is further ordered that all time between today and August 15, 2021 is excluded for the purposes of the Speedy Trial Act. The Court finds that the interests of justice served by allowing the parties to continue discussions about pretrial resolution outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date: June 25, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1