UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Jeffrey Molitor            ,
                  Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

20__-CR-429__(__)(__)

Defendant __Jeffrey Molitor_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


Verbal consent granted by defendant
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Jeffrey Molitor**
_____
Print Defendant's Name

*Sarah M. Sacks*
_____
Defense Counsel's Signature

**Sarah M. Sacks**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__6/25/21_____
Date

*Mary Kay Vyskocil*
_____
U.S. District Judge/U.S. Magistrate Judge