```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/9/21
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                               1:20-cr-00429-1 (MKV)

               -against-                                            **ORDER**

JEFFERY MOLITOR,

               Defendants.


MARY KAY VYSKOCIL, United States District Judge

     Change of Plea Hearing for Jeffrey Molitor is scheduled for 8/26/2021 at 9am before Judge Mary Kay Vyskocil.

     The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pear Street, Courtroom 18C.

**SO ORDERED.**

**Date: August 9, 2021**

MARY KAY VYSKOCIL
United States District Judge