UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/19/21
```

-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
            -v-                           :        20 Cr. 00429 (MKV)
                                          :
**JEFFREY MOLITOR,**                      :                ORDER
                        Defendant.        :
                                          :
-----------------------------------------X

MARY KAY VYSKOCIL, District Judge:

    At the request of counsel for the defendant and with the
consent of the Government, it is hereby

    ORDERED that the change of plea hearing scheduled for **August
26, 2021 at 9AM** is adjourned to **September 17, 2021** at **10AM.**

    The hearing will take place in the Daniel Patrick Moynihan
Courthouse, 500 Pearl Street, Courtroom 18C.  All interested
parties may dial 888 278-0296 using access code 5195844 to join
remotely.

    All time between the date of this order and September 17,
2021 is excluded for the purpose of the Speedy Trial Act.  The
Court finds that the interests of justice served by allowing the
parties to discuss pretrial resolution of this matter and
potential motions outweigh the interests of the public and the
Defendant in a speedy trial.  The Court notes that Defendant also
consents to this exclusion of time.

        **SO ORDERED:**

        **AUGUST 19, 2021**              _Mary Kay Vyskocil_
                                         MARY KAY VYSKOCIL
                                         United States District Judge