```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/13/21
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,　　　　　　　　　1:20-cr-00429 (MKV)

　　　　　　　-against-　　　　　　　　　　　　**ORDER**

JEFFREY MOLITOR,

　　　　　　　Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

　　Due to a schedule conflict, the change of plea hearing scheduled for September 17, 2021 at 11:00 AM will now be held September 24, at 2:30pm.

　　The procceding will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Interested parties may dial 888 278-0296 using access code 5195844 to listen remotely.

**SO ORDERED.**

**Date: September 13, 2021**

　　　　　　　　　　　　　　　　　　　　　　MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge