USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEFFREY MOLITOR,

Defendants.

20-cr-429 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from Defendant requesting an adjournment of the plea proceeding currently scheduled for November 2, 2021 at 2:30 PM.  As such, the plea proceeding currently scheduled for November 2, 2021 at 2:30 PM is ADJOURNED to November 9, 2021 at 11:30 AM.

The parties are directed to inform the Court *immediately* upon Mr. Molitor's discharge from the Hospital.  Upon his discharge, the Court may schedule a proceeding sooner than November 9, 2021.  Mr. Molitor is under no obligation to proceed with his change of plea hearing; however, he must appear before the Court in person either on November 9, 2021 or earlier in all events for a hearing on the violation of the terms of his pretrial release conditions.

It is further ordered that all time between today and November 9, 2021 is excluded for the purposes of the Speedy Trial Act.  The Court finds that the interests of justice served by allowing the parties to continue discussions about pretrial resolution and allow Defendant to obtain treatment for mental health issues outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date:  November 1, 2021
New York, NY**

_____
**MARY KAY VYSKOCIL
United States District Judge**

1