```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-                                          20-cr-429 (MKV)

JEFFREY MOLITOR,                                   ORDER

　　　　　　　　Defendants.

MARY KAY VYSKOCIL, United States District Judge:

　　The Court is in receipt of a letter from Defendant requesting an adjournment of the plea proceeding currently scheduled for November 9, 2021 at 11:30 AM. As such, the plea proceeding currently scheduled for November 9, 2021 at 11:30 AM is ADJOURNED to December 15, 2021 at 2:30 PM.

　　The parties are directed to inform the Court *immediately* upon Mr. Molitor's discharge from the hospital. Upon his discharge, the Court may schedule a proceeding sooner than December 15, 2021. Mr. Molitor is under no obligation to proceed with his change of plea hearing; however, he must appear before the Court in person either on December 15, 2021 or earlier in all events for a hearing on the violation of the terms of his pretrial release conditions.

　　It is further ordered that all time between today and December 15, 2021 is excluded for the purposes of the Speedy Trial Act. The Court finds that the interests of justice served by allowing the parties to continue discussions about pretrial resolution and allow Defendant to obtain treatment for mental health issues outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date: November 9, 2021**　　　　　　　　　　　　　　　　　_____
**　　　　New York, NY**　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**