```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/21

```
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   20 Cr. 429
     -against-                      :
                                    :   ORDER
   Jeffrey Molitor                  :
                                    :
     Defendant                      :
                                    :
------------------------------------X
```

MARY KAY VYSKOCIL, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to temporarily suspend the condition of location monitoring while defendant remains hospitalized.

    Dated: New York, New York
           November 15, 2021

SO ORDERED:

*Mary Kay Vyskocil*
_____
MARY KAY VYSKOCIL
United States District Judge