```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    20 Cr. 429
     -against-                      :
                                    :    ORDER
   Jeffrey Molitor                  :
                                    :
       Defendant                    :
                                    :
------------------------------------X

MARY KAY VYSKOCIL, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to require the defendant to submit to random drug testing to occur at least once or twice a week on days set by Pretrial Services.

    Dated: New York, New York
          November 19, 2021

SO ORDERED:

_____
MARY KAY VYSKOCIL
United States District Judge