**EPSTEIN SACKS PLLC**
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2022
```

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

April 6, 2022

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Filed on ECF**

*United States v. Jeffrey Molitor*
20 Cr. 429 (MKV)

Dear Judge Vyskocil:

     We are court appointed counsel to the defendant Jeffrey Molitor. Mr. Molitor is currently scheduled to be sentenced by the Court on April 26, 2022, and our sentencing submissions are due on April 12, 2022. We write to request that his sentencing hearing be adjourned for at least 60 days. Among other things, we are still awaiting records and other information that we believe provide grounds for mitigation at sentencing, and we need more time to effectively incorporate all possible mitigating circumstances into our submissions. This is our first request for an adjournment. We have discussed this request with the Government and they have no objection.

                                                                   Respectfully submitted,

                                                                   *Sarah M. Sacks*

---

**GRANTED. Mr. Molitor's sentencing scheduled for April 26, 2022 at 2:00 PM is ADJOURNED to June 28, 2022 at 10:30 AM.  SO ORDERED.**

Date:     4/6/2022      *Mary Kay Vyskocil*
New York, New York      Mary Kay Vyskocil
                                    United States District Judge