USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/22

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          -against-

JEFFREY MOLITOR

          Defendant.

---

1:20-cr-00429 (MKV)

**ORDER**

MARY KAY VYSKOCIL, District Judge:

IT IS HEREBY ORDERED that the sentencing scheduled for August 23rd at 11am is adjourned to August 9th at 11am.

IT IS FURTHER ORDERED that defense submissions shall be due July 26th and the Government's response shall be due August 2nd.

**SO ORDERED.**
**Date June 10, 2022**
**New York, NY**

_Mary Kay Vyskocil_
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE