```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           -against-　　　　　　　　　　　　　　　20-cr-429 (MKV)

JEFFREY MOLITOR,　　　　　　　　　　　　　　　SCHEDULING ORDER

           Defendants.

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing scheduled for August 9, 2022 at 11:00 AM is ADJOURNED to September 7, 2022 at 2:00 PM.

    This order does not impact the deadline for the Government's response.

**SO ORDERED.**

**Date:　July 28, 2022**　　　　　　　　　　　　　_____
**　　　　New York, NY**　　　　　　　　　　　　　　　　MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1