```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/2/22
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                                  1:20-cr-00429 (MKV)

                -against-                                          **ORDER**

JEFFREY MOLITOR

                Defendants.

---

MARY KAY VYSKOCIL, United States District Judge

      IT IS HEREBY ORDERED the sentencing scheduled for September 7th is ADJOURNED TO September 20th at 2:30pm.

      The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007.

**SO ORDERED.**                                                         **HONORABLE MARY KAY VYSKOCIL**
**Date: September 2, 2022**                                   **UNITED STATES DISTRICT JUDGE**